# EXHIBIT 6

## AMENDMENT TO OPERATING AGREEMENT
### and
## ASSIGNMENT OF MEMBERSHIP INTEREST (if triggered)

This Amendment ("Amendment") to the Operating Agreement ("Operating Agreement") dated November 15, 2020 of Bleubell Broad LLC ("LLC") is made this February 1, 2021, is entered into by Helena Porges and Chaim Porges (each, a "Member" and collectively, the "Members").

WHEREAS, the Members now wish to amend certain provisions of the Operating Agreement as follows.

NOW THEREFORE, in consideration of the promises and mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Members agree as follows:

The Members hereby amend, overwrite, and enter into this limited liability company operating agreement pursuant to and in accordance with the Limited Liability Company Laws of the State of New Jersey, as amended from time to time (the "LLCL"), in order to add members, change the management structure, change the operational control, and hereby agree as follows:

1. The Operating Agreement dated November 15, 2020 contained a typographical error and misspelled the name of the company (it read Bluebell Broad LLC). For the avoidance of doubt and to clarify any confusion, the proper spelling of the LLC is Bleubell Broad LLC.
2. The Operating Agreement dated November 15, 2020 may not have sufficiently memorialized the Members' interest in Bleubell Broad LLC as the percentages referenced in paragraph nine (9) thereto refers to a percentage split as to allocation of profits and losses. Therefore, for the avoidance of doubt and to clarify any confusion, the Members' interests in the LLC are as follows:
    a. Helena Porges – 90%
    b. Chaim Porges – 10%.

To the extent that a formal assignment of interest is required, this Amendment and Assignment shall be deemed to constitute a proper memorialized and/or assignment of said membership interests.

This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Copies, telecopies, facsimiles, electronic files and other reproductions of original executed documents shall be deemed to be authentic and valid counterparts of such original documents for all purposes, including the filing of any claim, action or suit in the appropriate court of law.

[SIGNATURE PAGE FOLLOWS]

2

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the individuals and entities signing this Amendment below conclusively evidence their agreement to the terms and conditions of this Amendment by so signing this Amendment.

_____
Helena Porges (90%)
Dated: February 1, 2021

_____
Chaim Porges (10%)
Dated: February 1, 2021