## AFFIDAVIT OF SERVICE

Laziz Ergashev, being duly sworn, hereby affirms under penalty of perjury:

1. I am over 18 years of age and am not a party to this action.

2. At 1:46 pm [time], on April 4, 2022, I served true and correct copies of: (i) Summons, ECF No. 7; (ii) complaint with exhibits thereto, ECF No. 1; (iii) Civil Cover Sheet, ECF No. 2; by delivering said documents personally to Defendant Roc Capital, who is personally known to me, at 645 Madison [location].

Sworn to before me this 4th day of April, 2022

_____
Notary Public

Laziz Ergashev
[NAME]

_____

KEVIN C CHILDS
Notary Public - State of New York
NO. 01CH6267728
Qualified in New York County
My Commission Expires 07/20/2024