# AFFIDAVIT OF SERVICE

_Angel Ochoa_
_Estuardo Najera_, being duly sworn, hereby affirms under penalty of perjury:

1. I am over 18 years of age and am not a party to this action.

2. At _1:27 pm_ [time], on April _1_, 2022, I served true and correct copies of: (i) Summons, ECF No. _8_; (ii) complaint with exhibits thereto, ECF No. _1_; (iii) Civil Cover Sheet, ECF No. _2_; by delivering said documents personally to Defendant _Chaim Porges_ who is personally known to me, at _53 Skillman St._ Brooklyn NY [location].

Sworn to before me this 4th day of April, 2022

_____
Notary Public

[NAME] _Angel Ochoa_
_Estuardo Najera_

SHEM TOV MAYER
Notary Public, State of New York
No. 01MA5069188
Qualified in Kings County
Commission Expires Nov. 18, 20__