## AFFIDAVIT OF SERVICE

Angel Estuardo Najera Ochoa, being duly sworn, hereby affirms under penalty of perjury:

1. I am over 18 years of age and am not a party to this action.

2. At 1:03 pm [time], on April 1, 2022, I served true and correct copies of: (i) Summons, ECF No. 9; (ii) complaint with exhibits thereto, ECF No. 1; (iii) Civil Cover Sheet, ECF No. 2; by delivering said documents personally to Defendant Helena Purses, who is personally known to me, at 157 W Allbout St. #1D Brooklyn NY [location].

Sworn to before me this 4th day of April, 2022

_____
Notary Public

Angel Estuardo Najera Ochoa
[NAME]

_____

SHEM TOV MAYER
Notary Public, State of New York
No. 01MA5069188
Qualified in Kings County
Commission Expires Nov. 18, 20__