UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM KLEINMAN,<br><br>                              Plaintiff,<br>v.<br><br>ROC CAPITAL HOLDINGS LLC,<br>CHAIM PORGES, and HELENA<br>PORGES,<br><br>                             Defendants. | Case No. 1:22-cv-2566-ALC<br><br>DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANTS CHAIM PORGES AND HELENA PORGES |

MOSHE BOROOSAN hereby declares the following under penalty of perjury:

1. I am the principal attorney at the Law Offices of Moshe Boroosan, P.C., counsel to plaintiff Abraham Kleinman in the above-referenced action. I make this declaration in support of Plaintiff's request for a certificate of default against defendants Chaim Porges and Helena Porges.

## **CHAIM PORGES IS IN DEFAULT**

3. On March 29, 2022, Plaintiff filed a complaint against defendants Chaim Porges, Helena Porges, and Roc Capital Holdings LLC. ECF No. 1.

4. A summons was issued as to defendant Chaim Porges on March 30, 2022. ECF No. 8.

5. Plaintiff caused Defendant Chaim Porges to be served on April 1, 2022. A proof of service was filed electronically on April 6, 2022. ECF No. 11.

6. Defendant Chaim Porges was required to answer or otherwise respond to the complaint within 21 days, or by April 22, 2022. Defendant Chaim Porges has not moved for an extension, nor has one been granted.

7. Defendant Chaim Porges has failed to appear, plead or otherwise respond to the complaint within the time allowed by law, and is now in default.

1

8. Defendant Chaim Porges is not an infant or incompetent person, and is not presently in the military service of the United States.

## HELENA PORGES IS IN DEFAULT

9. A summons was issued as to defendant Helena Porges on March 30, 2022. ECF No. 9.

10. Plaintiff caused Defendant Helena Porges to be served on April 1, 2022. A proof of service was filed electronically on April 6, 2022. ECF No. 12.

11. Defendant Helena Porges was required to answer or otherwise respond to the complaint within 21 days, or by April 22, 2022. That time has not been extended

12. Defendant Helena Porges has failed to appear, plead or otherwise respond to the complaint within the time allowed by law, and is now in default.

13. Defendant Helena Porges is not an infant or incompetent person, and is not presently in the military service of the United States.

WHEREFORE, Plaintiff requests that the default of Defendants Chaim Porges and Helena Porges be noted and a certificate of default issued. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due Plaintiff and that no part thereof has been paid.

DATED: April 24, 2022      **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

                                    */s/ Moshe O. Boroosan*
                           MOSHE O. BOROOSAN
                           1318 Avenue J, 2nd Floor
                           Brooklyn, NY 11230
                           (404) 857-6229
                           moshe@boroosanlaw.com

                           *Attorney for Plaintiff*