UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM KLEINMAN,<br><br>Plaintiff,<br><br>v.<br><br>ROC CAPITAL HOLDINGS LLC, CHAIM PORGES, and HELENA PORGES,<br><br>Defendants. | Case No. 1:22-cv-2566-ALC<br><br>REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANTS CHAIM PORGES AND HELENA PORGES |

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Abraham Kleinman requests a Clerk's certificate of default against defendants Chaim Porges and Helena Porges. As set forth in the accompanying declaration of Moshe O. Boroosan, Esq., the parties against whom the judgment is sought: (i) are not infants or incompetent persons; (ii) are not in the military service; (iii) were properly served under Fed. R. Civ. P. 4 and proof of service was duly filed with the Court; and (iv) have defaulted in appearing in the above-captioned action.

DATED:  April 24, 2022         **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Moshe O. Boroosan*
　　　　　　　　　　　　　　　　MOSHE O. BOROOSAN
　　　　　　　　　　　　　　　　1318 Avenue J, 2nd Floor
　　　　　　　　　　　　　　　　Brooklyn, NY 11230
　　　　　　　　　　　　　　　　(404) 857-6229
　　　　　　　　　　　　　　　　moshe@boroosanlaw.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*