```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM KLEINMAN,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>ROC CAPITAL HOLDINGS LLC, CHAIM PORGES, and HELENA PORGES,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:22-cv-2566-ALC<br><br>CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANTS CHAIM PORGES AND HELENA PORGES |

　　I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 29, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Chaim Porges, by personally serving a true copy to a defendant Chaim Porges, and proof of service was therefore filed on April 6, 2022 (ECF No. 11).

　　I further certify that a copy of the summons and complaint was served on defendant Helena Porges be personally serving a true copy on defendant Helena Porges, and proof of service was therefore filed on April 6, 2022 (ECF No. 12).

　　I further certify that the docket entries indicate that defendants Chaim Porges and Helena Porges, have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of defendants Chaim Porges and Helena Porges are hereby noted.

Dated: New York, New York
　　　　April 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　By: _____/s/ Margo_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**