**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABRAHAM KLEINMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>ROC CAPITAL HOLDINGS LLC,<br>CHAIM PORGES, and HELENA<br>PORGES,<br><br>                              Defendants. | Case No. 1:22-cv-2566-ALC<br><br>CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT ROC CAPITAL HOLDINGS LLC |

   I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 29, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Roc Capital Holdings LLC, by personally serving a true copy to person authorized to accept service, and proof of service was therefore filed on April 4, 2022 (ECF No. 10).

   I further certify that the docket entries indicate that defendant Roc Capital Holdings LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Roc Capital Holdings LLC is hereby noted.

Dated: New York, New York
           _____, 2022

                                                            **RUBY J. KRAJICK**
                                                            Clerk of Court


                                        By:_____
                                                        **Deputy Clerk**