UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM KLEINMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>ROC CAPITAL HOLDINGS LLC,<br>CHAIM PORGES, and HELENA<br>PORGES,<br><br>                              Defendants. | Case No. 1:22-cv-2566-ALC<br><br>REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANT ROC CAPITAL HOLDINGS LLC |

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Abraham Kleinman requests a Clerk's certificate of default against defendant Roc Capital Holdings LLC. As set forth in the accompanying declaration of Moshe O. Boroosan, Esq., the party against whom the judgment is sought: (i) is not an infant or incompetent person; (ii) is not in the military service; (iii) was properly served under Fed. R. Civ. P. 4 and proof of service was duly filed with the Court; and (iv) has defaulted in appearing in the above-captioned action.

DATED:  April 26, 2022                    **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

                                                                  */s/ Moshe O. Boroosan*
                                                          MOSHE O. BOROOSAN
                                                          1318 Avenue J, 2nd Floor
                                                          Brooklyn, NY 11230
                                                          (404) 857-6229
                                                          moshe@boroosanlaw.com

                                                          *Attorney for Plaintiff*