# Exhibit 1

Print | Close Window

| | |
|---|---|
| **Subject:** | Re: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061 |
| **From:** | Sara Chang <Sara@andelsmanlaw.com> |
| **Date:** | Thu, Jan 14, 2021 5:49 pm |
| **To:** | Faigy Beer <fbeer@rsabstract.com> |
| **Cc:** | Jay Tyberg <jtyberg@easternunion.com>, "jason@jasonrebhun.com" <jason@jasonrebhun.com>, Krystal Bissoon <Krystal@andelsmanlaw.com>, Daniel Kugel <dkugel@mjnpllc.com>, Maya Nesser <MNesser@rsabstract.com>, Vera Antlitz <vera@andelsmanlaw.com>, Rob Bommarito <rob@andelsmanlaw.com>, Nalini Ramcharan <Nalini@andelsmanlaw.com>, Marissa Raneri <marissa@andelsmanlaw.com>, Claudia Bleicher <claudia@andelsmanlaw.com>, Hannah Wagner <hannah@broadviewfunding.com>, Nachmen Klein <nachmen@broadviewfunding.com>, Estella Reich <estella@broadviewfunding.com>, Larry Andelsman <larry@andelsmanlaw.com> |

Please date all deeds.

Sent from my iPhone

> On Jan 14, 2021, at 5:43 PM, Faigy Beer <fbeer@rsabstract.com> wrote:
>
> Revised seller docs attached.



**Faigy Beer** • *NJ Residential Coordinator*
| d: 718.215.5113 | o: 718.252.4200
| e: FBeer@rsabstract.com
| 212 Second Street | Suite 502 | Lakewood, NJ 08701

Riverside | 1031 | Tacs | Suites | LinkedIn | Facebook | Twitter | YouTube

**From:** Sara Chang [mailto:Sara@andelsmanlaw.com]
**Sent:** Thursday, January 14, 2021 5:41 PM
**To:** Jay Tyberg <jtyberg@easternunion.com>
**Cc:** Faigy Beer <FBeer@rsabstract.com>; jason@jasonrebhun.com; Krystal Bissoon <Krystal@andelsmanlaw.com>; Daniel Kugel <dkugel@mjnpllc.com>; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>; Hannah Wagner <hannah@broadviewfunding.com>; Nachmen Klein <nachmen@broadviewfunding.com>; Estella Reich <estella@broadviewfunding.com>; Larry Andelsman <larry@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

**Attention: This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails.**

Title resent amended statements for signature and they need new deeds signed since pp changed.
New addendum with new pp allocations needed.

Sara Chang
Lawrence Andelsman P.C.
98 Cuttermill Road, Suite 462 South
Great Neck, NY 11021
516-625-9200 x107
516-625-9205 (fax)
sara@andelsmanlaw.com

**From:** Jay Tyberg <jtyberg@easternunion.com>

FILED: KINGS COUNTY CLERK 04/08/2022 12:45 PM
NYSCEF DOC. NO. 10
Case 1:22-cv-02566-ALC   Document 22-1   Filed 05/03/22   Page 3 of 7
RECEIVED NYSCEF: 04/08/2022
Workspace Webmail :: Print
https://email14.godaddy.com/view_print_multi.php?uidArray=286|INB...

**Sent:** Thursday, January 14, 2021 5:37 PM
**To:** Sara Chang <Sara@andelsmanlaw.com>
**Cc:** Faigy Beer <FBeer@rsabstract.com>; jason@jasonrebhun.com; Krystal Bissoon <Krystal@andelsmanlaw.com>; Daniel Kugel <dkugel@mjnpllc.com>; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>; Hannah Wagner <hannah@broadviewfunding.com>; Nachmen Klein <nachmen@broadviewfunding.com>; Estella Reich <estella@broadviewfunding.com>; Larry Andelsman <larry@andelsmanlaw.com>
**Subject:** Re: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

Sara

What is still outstanding here

Seller threatening to back out and he can

On Thu, Jan 14, 2021, 5:25 PM Sara Chang <Sara@andelsmanlaw.com> wrote:

> Please send updated ledger
>
> Sara Chang
> Lawrence Andelsman P.C.
> 98 Cuttermill Road, Suite 462 South
> Great Neck, NY 11021
> 516-625-9200 x107
> 516-625-9205 (fax)
> sara@andelsmanlaw.com
>
> **From:** Faigy Beer <FBeer@rsabstract.com>
> **Sent:** Thursday, January 14, 2021 4:55 PM
> **To:** Sara Chang <Sara@andelsmanlaw.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
> **Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>; Hannah Wagner <hannah@broadviewfunding.com>; Nachmen Klein <nachmen@broadviewfunding.com>; Estella Reich <estella@broadviewfunding.com>; Larry Andelsman <larry@andelsmanlaw.com>
> **Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061
>
> Updated closing statement with revised purchase price attached for review.
>
>  **Faigy Beer** • NJ Residential Coordinator
> | d: 718.215.5113 | o: 718.252.4200
> | e: FBeer@rsabstract.com
> | 212 Second Street | Suite 502 | Lakewood, NJ 08701
>
> Riverside | 1031 | Tacs | Suites | LinkedIn | Facebook | Twitter | YouTube
>
> **From:** Sara Chang [mailto:Sara@andelsmanlaw.com]
> **Sent:** Thursday, January 14, 2021 2:30 PM
> **To:** Faigy Beer <FBeer@rsabstract.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
> **Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>; Hannah Wagner <hannah@broadviewfunding.com>; Nachmen Klein <nachmen@broadviewfunding.com>; Estella Reich

<estella@broadviewfunding.com>; Larry Andelsman <larry@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

**Attention: This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails.**

- Evidence of contract deposit
- Proof of borrower's balance wire
- Insurance and paid in full receipt

Sara Chang
Lawrence Andelsman P.C.
98 Cuttermill Road, Suite 462 South Great Neck, NY 11021
516-625-9200 x107
516-625-9205 (fax)
sara@andelsmanlaw.com

**From:** Faigy Beer <FBeer@rsabstract.com>
**Sent:** Thursday, January 14, 2021 2:28 PM
**To:** Sara Chang <Sara@andelsmanlaw.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

Seller good standing and revised markup attached.

Daniel – seller annual reports are outstanding.

**Faigy Beer • *NJ Residential Coordinator***
| d: 718.215.5113 | o: 718.252.4200
| e: FBeer@rsabstract.com
| 212 Second Street | Suite 502 | Lakewood, NJ 08701

Riverside | 1031 | Tacs | Suites | LinkedIn | Facebook | Twitter | YouTube

**From:** Sara Chang [mailto:Sara@andelsmanlaw.com]
**Sent:** Thursday, January 14, 2021 2:04 PM
**To:** Faigy Beer <FBeer@rsabstract.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

**Attention: This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails.**

FILED: KINGS COUNTY CLERK 04/08/2022 12:45 PM
NYSCEF DOC. NO. 10                                                                                    RECEIVED NYSCEF: 04/08/2022

Case 1:22-cv-02566-ALC   Document 22-1   Filed 05/03/22   Page 5 of 7

- Marked up B2 – omit #7
- Evidence of contract deposit
- Good standing on seller
- Proof of borrower's balance wire
- Insurance and paid in full receipt

Sara Chang
Lawrence Andelsman P.C.
98 Cuttermill Road, Suite 462 South Great Neck, NY 11021
516-625-9200 x107
516-625-9205 (fax)
sara@andelsmanlaw.com

**From:** Faigy Beer <FBeer@rsabstract.com>
**Sent:** Thursday, January 14, 2021 1:52 PM
**To:** Sara Chang <Sara@andelsmanlaw.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

See attached:

1. Seller entity docs
2. Updated commitment and pro forma
3. State lever borrower and guarantor searches
4. Signed escrow instruction letter
5. Fully executed closing statement
6. Marked up commitment
7. Disbursement ledger

**Faigy Beer** • *NJ Residential Coordinator*
| d: 718.215.5113 | o: 718.252.4200
| e: FBeer@rsabstract.com
| 212 Second Street | Suite 502 | Lakewood, NJ 08701

Riverside | 1031 | Tacs | Suites | LinkedIn | Facebook | Twitter | YouTube

**From:** Sara Chang [mailto:Sara@andelsmanlaw.com]
**Sent:** Thursday, January 14, 2021 12:47 PM
**To:** Faigy Beer <FBeer@rsabstract.com>; 'jason@jasonrebhun.com' <jason@jasonrebhun.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

**Attention: This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails.**

---

Please provide the following missing items:

- Fully executed price reduction addendum
- Seller entity docs
- Evidence of contract deposit
- Add loan amount to the pro forma and commitment
- Searches on borrower and guarantor
- Riverside to sign off on the escrow instructions letter
- Complete combined fully executed settlement statement – settlement agent to sign and print names and titles of all parties
- Signed opinion letter
- Marked up report
- Disbursement ledger
- Proof of borrower's balance wire
- Insurance and paid in full receipt

Sara Chang
Lawrence Andelsman P.C.
98 Cuttermill Road, Suite 462 South Great Neck, NY 11021
516-625-9200 x107
516-625-9205 (fax)
sara@andelsmanlaw.com

**From:** Faigy Beer <FBeer@rsabstract.com>
**Sent:** Thursday, January 14, 2021 12:31 PM
**To:** 'jason@jasonrebhun.com' <jason@jasonrebhun.com>; Sara Chang <Sara@andelsmanlaw.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ 08065- Bleubell Broad LLC / RANJ-43061

See attached executed closing docs.



**Faigy Beer** • *NJ Residential Coordinator*
| d: 718.215.5113 | o: 718.252.4200
| e: FBeer@rsabstract.com
| 212 Second Street | Suite 502 | Lakewood, NJ 08701

Riverside | 1031 | Tacs | Suites | LinkedIn | Facebook | Twitter | YouTube

**From:** jason@jasonrebhun.com [mailto:jason@jasonrebhun.com]
**Sent:** Thursday, January 14, 2021 12:20 PM
**To:** Sara Chang <Sara@andelsmanlaw.com>
**Cc:** Krystal Bissoon <Krystal@andelsmanlaw.com>; Faigy Beer <FBeer@rsabstract.com>; Jay Tyberg <jtyberg@easternunion.com>; dkugel@mjnpllc.com; Maya Nesser <MNesser@rsabstract.com>; Vera Antlitz <vera@andelsmanlaw.com>; Rob Bommarito <rob@andelsmanlaw.com>; Nalini Ramcharan <Nalini@andelsmanlaw.com>; Marissa Raneri <marissa@andelsmanlaw.com>; Claudia Bleicher <claudia@andelsmanlaw.com>
**Subject:** RE: Closing Confirmation: 81 Lanning Ave, Penns Grove, NJ 08069 & 1000 Cinnaminson Ave, Palmyra, NJ

08065- Bleubell Broad LLC

**Attention: This message was sent by an external sender. Do not open attachments or click on links from unknown senders or unexpected emails.**

---

Title should be able to send it over.

-------------------------------------------------------------
Law Offices of Jason J. Rebhun, P.C.
225 Broadway, 38th Floor
New York, NY 10007
p: (646) 201-9392
f:  (646) 871-0035

This e-mail message from this law firm is intended only for named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately at (646) 201-9392 or jason@jasonrebhun.com that you have received this message in error, and delete the message. Thank you.

Disclaimer Required by IRS Circular 230: Unless otherwise expres

**FINANCING ACROSS AMERICA!**

Image removed by sender.