# Exhibit 2

| | |
|---|---|
| **From:** | Daniel Kugel |
| **To:** | Moshe Boroosan |
| **Cc:** | Abraham Kleinman |
| **Subject:** | FW: [Customer Outgoing Wire Advice - eMail] Message ID:210114132400H200 Advice Code:OTCSADEM |
| **Date:** | Wednesday, April 6, 2022 12:19:09 PM |
| **Attachments:** | image511557.png |
| | image333944.png |
| | image903777.png |
| | image034546.png |

Moshe,

See below. On the day of the closing we wired Porges' attorney $790,000.00



**Daniel Kugel**
Associate

225 Broadway - 36th Fl.
New York, New York 10007
Tel: 212-632-8300 x112 | Fax: 212-939-9453
dkugel@nlllp.com | www.nlllp.com



NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters.

**From:** Mark J. Nussbaum <mnussbaum@nlllp.com>
**Sent:** Wednesday, April 6, 2022 12:15 PM
**To:** Daniel Kugel <dkugel@nlllp.com>
**Subject:** FW: [Customer Outgoing Wire Advice - eMail] Message ID:210114132400H200 Advice Code:OTCSADEM

**Mark J. Nussbaum**
Partner

225 Broadway - 36th Fl.
New York, New York 10007
Tel: 212-632-8300 x105 | Fax: 212-939-9453
mnussbaum@nlllp.com | www.nlllp.com

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters.

-----Original Message-----
From: fta@signatureny.com <fta@signatureny.com>
Sent: Thursday, January 14, 2021 2:27 PM
To: Mark Nussbaum <mnussbaum@mjnpllc.com>
Subject: [Customer Outgoing Wire Advice - eMail] Message ID:210114132400H200 Advice Code:OTCSADEM

ATTENTION: If you are not the intended recipient of this message, please notify FTA@signatureNY.com to remove your email address from the distribution list.

==========================================================================

From: SIGNATURE BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********1964 for $790,000.00. If you have any questions, please contact your local branch.

Fed Reference #: 20210114B6B7261F003080

Sender Bank Information:
ABA #: 026013576
Bank Name: SIGNATURE BANK

Receiving Bank Information:
ABA #: 021000021
Bank Name: JPMORGAN CHASE BAN

* * *

Originator Information:
Name: MARK J. NUSSBAUM AND ASSOCIATE

Beneficiary Information:
Name: Jason j. rebhun

Acct #: **********1159

* * *

Beneficiary Bank: JPMORGAN CHASE BANK, NA

Originator to Beneficiary Info:

Bank to Bank information: