# Exhibit 8

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Riverside Abstract, LLC**
**ALTA Universal ID:  1108426**
**212 Second Street**
**Suite 502**
**Lakewood, NJ 08701**

| | |
|---|---|
| File No./Escrow No. : | RANJ-43061 |
| Print Date & Time: | January 14, 2021   4:53 pm |
| Officer/Escrow Officer : | |
| Settlement Location : | 212 Second Street, Suite 502 |
| | Lakewood, NJ 08701 |
| Property Address: | Tract 1: 1000 Cinnaminson Avenue |
| | Palmyra, NJ 08065 |
| | Tract 2: 81 Lanning Avenue |
| | Penns Grove, NJ 08069 |
| Buyer: | Bleubell Broad LLC |
| | 223 Spencer Street |
| | #308 |
| | Brooklyn, NY 11205 |
| Seller: | 5 Bundle Tower LLC |
| | 199 Lee Avenue |
| | Suite 955 |
| | Brooklyn, NY 11211 |
| Lender: | Broadview Capital LLC |
| Settlement Date: | January 13, 2021 |
| Disbursement Date: | January 14, 2021 |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 500,000.00 | Sale Price of Property | 500,000.00 | |
| | | Loan Amount | | 326,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 320.06 | | 1st Quarter Property Tax Adjustment - 1000 Cinnaminson 01/01/21-01/13/21 | | 320.06 |
| 187.03 | | 1st Quarter Property Tax Adjustment - 81 Lanning 01/01/21-01/13/21 | | 187.03 |
| | | | | |
| | | **Loan Charges to Broadview Capital LLC** | | |
| | | Appraisal | 1,500.00 | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to Broadview Capital LLC (continued)** | | |
| | | Good Faith Deposit | | 3,000.00 |
| | | Legal Fee to Lawrence Andelsman PC | 1,500.00 | |
| | | Origination Fee | 6,520.00 | |
| | | Per Diem | 1,591.44 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | ALTA 8.1-06 (Environmental Protection Lien (New Jersey Variation)) to Riverside Abstract, LLC | 25.00 | |
| | | ALTA 9.10-06 (Restrictions, Encroachments, Minerals - Loan Policy (Current Violations)) NJ V to Riverside Abstract, LLC | 25.00 | |
| | | (Survey) to Riverside Abstract, LLC | 25.00 | |
| | | ALTA 17-06 (Access and Entry) to Riverside Abstract, LLC | 50.00 | |
| | | (Secondary Mortgage Market) to Riverside Abstract, LLC | 25.00 | |
| | | Assignment of Mortgage to Riverside Abstract, LLC | 300.00 | |
| | | Closing Service Letter - CPL to Chicago Title Insurance Company | 75.00 | |
| | | County Search - Residential ($250 Per Property) to Riverside Abstract, LLC | 500.00 | |
| | | Deed Recording (Picked up by Better Research) to Riverside Abstract, LLC | 350.00 | |
| 150.00 | | Discharge Tracking and Recording (Picked up by Better Research) to Riverside Abstract, LLC | | |
| | | Examination Charge ($100 per property) to Riverside Abstract, LLC | 200.00 | |
| | | Lender's Title Insurance to Riverside Abstract, LLC    Coverage: 326,000.00    Premium: 25.00 | 25.00 | |
| | | Mortgage Recording (Picked up by Better Research) to Riverside Abstract, LLC | 590.00 | |
| | | Notice of Settlement - Purchase to Riverside Abstract, LLC | 50.00 | |
| | | Patriot Name Search ($10 per name) to Riverside Abstract, LLC | 30.00 | |
| | | Settlement Service (Standard Residential) to Riverside Abstract, LLC | 350.00 | |
| | | Tax Search to Riverside Abstract, LLC | 40.00 | |
| | | Tideland Search to Riverside Abstract, LLC | 35.00 | |
| | | US District Court & NJ Superior Court Search ($15 per name) to Riverside Abstract, LLC | 30.00 | |
| | | Legal Fee to Law Offices of Jason J. Rebhun, P.C. | 3,500.00 | |
| 3,750.00 | | Legal Fee to Mark J. Nussbaum & Associates PLLC | | |
| | | Owner's Title Insurance to Riverside Abstract, LLC    Coverage: 500,000.00    Premium: 2,225.00 | 2,225.00 | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| 2,650.00 | | NJ Transfer Tax to Riverside Abstract, LLC | | |
| | | | | |
| | | **Miscellaneous** | | |
| 1,653.96 | | Open Sewer Balance - 1000 Cinnaminson to Palmyra Boro | | |
| 2,230.00 | | Open Sewer Balance ESTIMATE - 81 Lanning to Penns Grove Sewer Authority | | |
| | | Property Taxes - 1000 Cinnaminson - 1st Quarter 2021 to Palmyra Boro | 2,215.77 | |
| 2,349.36 | | Property Taxes - 1000 Cinnaminson - 4th Quarter 2020 to Palmyra Boro | | |
| | | Property Taxes - 81 Lanning - 1st Quarter 2021 to Penns Grove Boro | 1,294.83 | |
| 1,237.66 | | Property Taxes - 81 Lanning - 4th Quarter 2020 to Penns Grove Boro | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 14,528.07 | 500,000.00 | **Subtotals** | 523,072.04 | 329,507.09 |
| | | **Due from Buyer** | | 193,564.95 |
| 485,471.93 | | **Due to Seller** | | |
| 500,000.00 | 500,000.00 | **Totals** | 523,072.04 | 523,072.04 |

Copyright 2015 American Land Title Association                          File # RANJ-43061 / 44
All rghts reserved                    Page 3 of 3           Printed on 01/14/21 at 4:53:48PM by Fbeer

# Riverside Abstract, LLC

212 Second Street, Suite 502  
Lakewood, NJ 08701  
Phone: (718) 252-4200 Fax: (718) 252-4226

## Settlement Statement

| | |
|---|---|
| **Settlement Date:** | 01/14/2021 |
| **Disbursement Date:** | 01/14/2021 |
| **Order Number:** | RANJ-41511 |
| **Buyer:** | Bleubell Broad LLC |
| **Seller:** | 5 Bundle Tower LLC |
| **Lender:** | Broadview Capital LLC |
| **Property:** | Tract 1: 519 and 521 West Broad Street  <br>Palmyra, NJ 08065  <br>Burlington County  <br>Lot(s): 5.01, 5.02 Block: 60  <br>Parcel(s): 27-00060-0000-00005-01  <br>  <br>Tract 2: 66 Warren Street  <br>Beverly, NJ 08010  <br>Burlington County  <br>  <br>Tract 3: 357 South Main Street  <br>Williamstown, NJ 08094  <br>Gloucester County |

| Description | Payee | Buyer | Seller |
|---|---|---|---|
| **Total Consideration** | | | |
| Purchase Price | | $2,000,000.00 | ($2,000,000.00) |
| Deposit or earnest money | | ($75,000.00) | |
| **Loan - Broadview Capital LLC** | | | |
| Principal Amount of New Loan | | ($1,455,000.00) | |
| Origination Fee | Broadview Capital LLC | $29,100.00 | |
| Per Diem | Broadview Capital LLC | $7,103.15 | |
| Appraisal | Broadview Capital LLC | $12,650.00 | |
| Legal Fee | Lawrence Andelsman PC | $2,000.00 | |
| Deposit or earnest money | | ($10,000.00) | |
| **Lender Net Wire to Title: $1,414,146.85** | | | |
| **Prorations/Adjustments** | | | |
| 1st Quarter Property Tax Adjustment - 519 & 521 West Broad 01/01/21-01/13/21 | Credit to Buyer | ($257.87) | $257.87 |
| 1st Quarter Property Tax Adjustment - 66 Warren 01/01/21-01/13/21 | Credit to Buyer | ($512.60) | $512.60 |
| 1st Quarter Property Tax Adjustment - 357 South Main 01/01/21-01/13/21 | Credit to Buyer | ($393.62) | $393.62 |
| **Payoffs** | | | |
| Blanket Mortgage Payoff good thru 1/15 | American Heritage Credit Union | $0.00 | $1,367,781.89 |
| Total Payoff | $1,367,781.89 | | |
| **Miscellaneous Charges** | | | |
| Title Company Charges | Riverside Abstract, LLC | $11,560.00 | $17,985.60 |
| Legal Fee | Law Offices of Jason J. Rebhun, P.C. | $3,500.00 | |
| Property Taxes - 519 & 521 West Broad - 4th Quarter 2020 good thru 1/29 | Palmyra Boro | | $1,885.74 |
| Property Taxes - 519 & 521 West Broad - 1st Quarter 2021 | Palmyra Boro | $1,785.23 | |
| Delinquent Sewer Balance - 519 & 521 West Broad | Palmyra Boro | | $6,491.25 |
| Property Taxes - 66 Warren - 4th Quarter 2020 good thru 1/29 | Beverly City | | $3,655.87 |
| Property Taxes - 66 Warren - 1st Quarter 2021 | Beverly City | $3,548.76 | |

RANJ-41511 - 110  
Page 1 of 2

## Settlement Statement

| Description | Payee | Buyer | Seller |
|---|---|---|---|
| **Miscellaneous Charges (continued)** | | | |
| Final Sewer Reading Escrow - 66 Warren | Riverside Abstract, LLC | | $1,500.00 |
| Open Sewer Balance ESTIMATE | Sewage Authority | | $1,800.00 |
| Property Taxes - 357 South Main - 1st Quarter 2021 | Monroe Township | $2,725.03 | |
| TSC Escrow - 357 South Main | Riverside Abstract, LLC | | $23,527.00 |
| Legal Fee | Mark J. Nussbaum & Associates PLLC | | $3,750.00 |
| **Balance Due FROM Buyer** | | **$532,808.08** | |
| **Balance Due TO Seller** | | | **$570,458.56** |