# EXHIBIT 18

2

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 14440?

# WARRANTY DEED

(LIMITED LIABILITY COPMANY TO LIMITED LIABILITY COPMANY)



Doc# 2203457001 Fee $88.00

RHSP FEE:59.00 RPRF FEE: $1.00
KAREN A. YARBROUGH
COOK COUNTY CLERK
DATE: 02/03/2022 09:16 AM PG: 1 OF 2

THE GRANTOR, CHICAGO FIRST TOWER LLC (an Illinois limited liability company having its principal place of business at 223 Spencer Street, #308, Brooklyn, NY 11205), created and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the State of Illinois, for and in consideration of Ten and 00/100s DOLLARS, and other good and valuable consideration in hand paid, hereby CONVEYS AND WARRANTS TO: REGEIS CHICAGO REALTY LLC, an Illinois limited liability company, organized and existing under and by virtue of the Laws of the State of Illinois, having its principal office at 1262 50th Street, Suite 3B, Brooklyn, NY 11219, the following properties situated in the County of Cook and State of Illinois, to wit:

Legal for conveyance of 643 East 71st Street, Chicago:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS.

PARCEL 1: LOTS 44, 45, 46, 47 AND 48 IN WITHERALL'S SUBDIVISION OF BLOCK 2 IN NORTON'S SUBDIVISION OF THE NORTHEAST QUARTER (1/4) OF THE NORTHEAST QUARTER (1/4) OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PARCEL 2: A STRIP OF LAND 2 FEET 1-3/8 INCHES WIDE AT ITS WEST AND 1 FOOT 9-5/8 INCHES WIDE AT ITS EAST AND WHICH LIES BETWEEN LOT 48 AND THE SOUTH LINE OF EAST 71sT STREET AS IMPROVED; SAID LINEOF 71"T STREET BEING A LINE 33 FEET SOUTH OF AND PARALLEL TO THE NORTH LINE OF THE NORTHEAST QUARTER (1/4) OF SAID SECTION 27 HEREIN DESCRIBED, ALL IN COOK COUNTY, ILLINOIS.

PIN: 20-27-205-001-0000

Address of Real Estate and Commonly Known as Both: 643 E. 71st Street, Chicago, IL 60619 and 7105 S. Champlain, Chicago, IL 60619.

1

All parcels subject to easements, restrictions and covenants, and subject to real estate taxes for the year of 2020 and subsequent years together with all the appurtenances and privileges thereunto belonging or appertaining thereto.

DATED this 2⁸ᵗʰ day of July, 2021

CHICAGO FIRST TOWER LLC

BY: _____
Chaim Porges, the sole manager of
CHICAGO FIRST TOWER LLC

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF KINGS     )

On this 28ᵗʰ day of July, 2021, to me, a Notary Public and an Attorney in the State of New York, DO HEREBY CERTIFY that Chaim Porges is personally known to me to be the same person whose name is subscribed to the foregoing instrument and acknowledged that he signed, sealed, and delivered the said instrument as his free and voluntary act, for the use and purpose therein set forth.

_____
Jason J. Rebhun, Esq.
Notary Public – State of New York
No.: 01RE6121409
Qualified in Rockland County
Commission Expires January 18, 2025

This instrument was prepared by:

Jason J. Rebhun, Esq.
225 Broadway, 38ᵗʰ Floor
New York, NY 10007

Mail To:

REGEIS CHICAGO REALTY LLC
1262 50th Street, Suite 3B
Brooklyn, NY 11219

Send Subsequent Tax Bills To:

REGEIS CHICAGO REALTY LLC
1262 50th Street, Suite 3B
Brooklyn, NY 11219

| REAL ESTATE TRANSFER TAX | | 02-Feb-2022 |
|---|---|---|
| | CHICAGO: | 28,631.25 |
| | CTA: | 11,452.50 |
| | TOTAL: | 40,083.75 * |
| 20-27-205-001-0000 | 20220201614402 | 1-030-164-880 |

* Total does not include any applicable penalty or interest due.

| REAL ESTATE TRANSFER TAX | | 02-Feb-2022 |
|---|---|---|
| | COUNTY: | 1,908.75 |
| | ILLINOIS: | 3,817.50 |
| | TOTAL: | 5,726.25 |
| 20-27-205-001-0000 | 20220201614402 | 1-551-438-224 |

2

Record and Return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 104401

# WARRANTY DEED

(LIMITED LIABILITY COPMANY TO LIMITED LIABILITY COPMANY)



*2203457000D*

Doc# 2203457000 Fee $88.00

RHSP FEE:$9.00 RPRF FEE: $1.00
KAREN A. YARBROUGH
COOK COUNTY CLERK
DATE: 02/03/2022 09:16 AM  PG: 1 OF 3

THE GRANTOR, CHICAGO SECOND TOWER LLC (an Illinois limited liability company having its principal place of business at 223 Spencer Street, #308, Brooklyn, NY 11205), created and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the State of Illinois, for and in consideration of Ten and 00/100s DOLLARS, and other good and valuable consideration in hand paid, hereby CONVEYS AND WARRANTS TO REGEIS CHICAGO REALTY LLC, an Illinois limited liability company, organized and existing under and by virtue of the Laws of the State of Illinois, having its principal office at 1262 50th Street, Suite 3B, Brooklyn, NY 11219, the following properties situated in the County of Cook and State of Illinois, to wit:

Legal for conveyance of 7300 S. Wabash Ave, Chicago (Chicago Second Tower LLC):

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS.

THE SOUTH 35 FEET OF LOT 12 IN BLOCK 9 IN THE NORTH LANCASTERS SUBDIVIOSN OF THE WEST HALF (1/2) OF THE SOUTHWEST QUARTER (1/4) OF SECTION 22, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 20-22-312-028-0000

Address of Real Estate: 7300 S. Wabash, Chicago IL.

Legal for conveyance of 7548 S. Blackstone Ave, Chicago (Chicago Second Tower LLC):

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS.

LOT 24 (EXCEPT THE WEST 8 FEET THEREOF) AND ALL LOT 23 IN BLOCK 37, IN CORWELL IN SECTION 26, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

I

PIN: 20-26-4004-031

Address of Real Estate: 7548 S. Blackstone Ave, Chicago, IL.

Legal for conveyance of 6956 S. Wabash/22-34 E. 70th Street, Chicago (Chicago Second Tower LLC):

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF CHICAGO, COUNTY OF COOK, STATE OF ILLINOIS.

THE NORTH 68 FEET OF LOT 1 IN BLOCK 3 IN HERMANN'S SUBDIVISION OF THE SOUTHWEST QUARTER (1/4) OF THE NORTHWEST QUARTER (1/4) OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 20-27-112-005-0000

Address of Real Estate: 6956 S. Wabash/22-34 E. 70th Street, Chicago.

All parcels subject to easements, restrictions and covenants, and subject to real estate taxes for the year of 2020 and subsequent years together with all the appurtenances and privileges thereunto belonging or appertaining thereto.

DATED this 28th day of July, 2021

CHICAGO SECOND TOWER LLC

BY: _____
Chaim Porges, the sole manager of
CHICAGO SECOND TOWER LLC

| REAL ESTATE TRANSFER TAX | | 02-Feb-2022 |
|---|---|---|
| | COUNTY: | 1,841.25 |
| | ILLINOIS: | 3,682.50 |
| | TOTAL: | 5,523.75 |
| 20-22-312-028-0000 | 20220201614437 | 1-685-655-952 |

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF KINGS    )

On this 28th day of July, 2021, to me, a Notary Public and an Attorney in the State of New York, DO HEREBY CERTIFY that Chaim Porges is personally known to me to be the same person whose name is subscribed to the foregoing instrument and acknowledged that he signed, sealed, and delivered the said instrument as his free and voluntary act, for the use and purpose therein set forth.

_____
Jason J. Rebhun, Esq.
Notary Public – State of New York
No.: 01RE6121409
Qualified in Rockland County
Commission Expires January 18, 2025

| REAL ESTATE TRANSFER TAX | | 02-Feb-2022 |
|---|---|---|
| | CHICAGO: | 27,618.75 |
| | CTA: | 11,047.50 |
| | TOTAL: | 38,666.25 * |
| 20-22-312-028-0000 | 20220201614437 | 1-244-041-616 |

* Total does not include any applicable penalty or interest due.

2

This instrument was prepared by:

Jason J. Rebhun, Esq.
225 Broadway, 38th Floor
New York, NY 10007

Mail To:                                              Send Subsequent Tax Bills To:

REGEIS CHICAGO REALTY LLC                             REGEIS CHICAGO REALTY LLC
1262 50th Street, Suite 3B                            1262 50th Street, Suite 3B
Brooklyn, NY 11219                                    Brooklyn, NY 11219

3