# EXHIBIT 19

Page 1

1

2    SUPREME COURT OF THE STATE OF NEW YORK

     COUNTY OF KINGS

3    -----------------------------------------X

     ABRAHAM KLEINMAN,

4

                                    PLAINTIFF,

5

          -against-          Index No.:

6                            500593/2022

7    CHAIM PORGES,

8                            DEFENDANT.

     -----------------------------------------X

9

10                   DATE:  February 15, 2022

11                   TIME:  10:46 A.M.

12

13

14          STATEMENT in the above-entitled

15   matter, held at the Law Offices of Moshe

16   Boroosan, P.C., 1318 Avenue J, Brooklyn,

17   New York 11230, before Jennifer Schwartz,

18   a Notary Public of the State of New York.

19

20

21

22

23

24

25

Page 2

```
1
2   A P P E A R A N C E S:
3
4   LAW OFFICES OF MOSHE BOROOSAN, P.C.
    Attorneys for the Plaintiff
5   ABRAHAM KLEINMAN
    1318 Avenue J
6   Brooklyn, New York 11230
    BY:  MOSHE BOROOSAN, ESQ.
7
8
9        *      *      *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1           STATEMENT
2   49 Skillman Street, Apartment 4A,
3   Brooklyn, New York 11205.  The
4   subpoena was delivered to a white
5   female between the ages of 35 and 40.
6   She is described in the affidavit of
7   service as being between 161 and 200
8   pounds and between 5'4 and 5'8 and
9   having covered hair.  And the
10  subpoena was delivered to 49 Skillman
11  Street, Apartment 4A, Brooklyn, New
12  York 11205.  The process server
13  mailed a copy of the subpoena via
14  certified mail, return receipt
15  requested, that same day.
16  This deposition is now suspended.
17  That's it.
18      (Whereupon, Deposition Subpoena
19  was marked as Plaintiff's Exhibit 1
20  for identification as of this date by
21  the Reporter.)
22      (Whereupon, Affidavit of
23  Service was marked as Plaintiff's
24  Exhibit 2 for identification as of
25  this date by the Reporter.)
```

Page 3

```
1           STATEMENT
2       MR. BOROOSAN:  Good morning, my
3   name is Moshe Boroosan.  There's
4   nobody else here.  I represent
5   plaintiff, judgment creditor, Abraham
6   Kleinman.  This is to be the
7   deposition of defendant judgement
8   debtor, Chaim Porges pursuant to CPLR
9   5223 and 5224A.  It is now 10:46 a.m.
10  and defendant judgment debtor has not
11  appeared.  I have not heard from
12  them.  I have not heard from the
13  defendant, himself, or from
14  defendant's counsel, either by phone
15  or by e-mail or by any other means.
16      I would now like to introduce
17  two documents into the record.  The
18  first is a deposition subpoena dated
19  January 31, 2022.  The second
20  document is the affidavit of service
21  of the deposition subpoena.  The
22  deposition subpoena was served on
23  February 1, 2022, by delivery to a
24  person of suitable age and discretion
25  at defendant's actual dwelling place,
```

Page 5

```
1           STATEMENT
2       (Whereupon, at 10:48 A.M., the
3   above matter concluded.)
4
5        °      °      °      °
6
```

2 (Pages 2 - 5)

Page 6

```
 1          STATEMENT
 2          E X H I B I T S
 3
 4  PLAINTIFF'S EXHIBITS
 5  EXHIBIT   EXHIBIT              PAGE
 6  NUMBER    DESCRIPTION
 7  Exhibit 1   Deposition Subpoena      4
 8  Exhibit 2   Affidavit of Service      4
 9
10    (Exhibits retained by Court Reporter.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1          STATEMENT
 2          C E R T I F I C A T E
 3
 4  STATE OF NEW YORK      )
                            : SS.:
 5  COUNTY OF KINGS        )
 6
 7       I, JENNIFER SCHWARTZ, a Notary Public
 8  for and within the State of New York, do
 9  hereby certify:
10       That the above is a correct
11  transcription of my stenographic notes.
12       I further certify that I am not
13  related to any of the parties to this
14  action by blood or by marriage and that I
15  am in no way interested in the outcome of
16  this matter.
17       IN WITNESS WHEREOF, I have hereunto
18  set my hand this 16th day of February 2022.
19
20       Jenifer Schwartz
21
22          JENNIFER SCHWARTZ
23
24
25
```

3 (Pages 6 - 7)

| **1** | | | |
| --- | --- | --- | --- |

**1** 3:23 4:19 6:7
**10:46** 1:11 3:9
**10:48** 5:2
**11205** 4:3,12
**11230** 1:17 2:6
**1318** 1:16 2:5
**15** 1:10
**161** 4:7
**16th** 7:18
**17600** 7:20

**2**

**2** 4:24 6:8
**200** 4:7
**2022** 1:10 3:19,23
   7:18

**3**

**31** 3:19
**35** 4:5

**4**

**4** 6:7,8
**40** 4:5
**49** 4:2,10
**4a** 4:2,11

**5**

**5'4** 4:8
**5'8** 4:8
**500593/2022** 1:6
**5223** 3:9
**5224a** 3:9

**a**

**a.m.** 1:11 3:9 5:2
**abraham** 1:3 2:5
   3:5
**action** 7:14
**actual** 3:25
**affidavit** 3:20 4:6
   4:22 6:8

**age** 3:24
**ages** 4:5
**apartment** 4:2,11
**appeared** 3:11
**attorneys** 2:4
**avenue** 1:16 2:5

**b**

**b** 6:2
**blood** 7:14
**boroosan** 1:16 2:4
   2:6 3:2,3
**brooklyn** 1:16 2:6
   4:3,11

**c**

**c** 2:2 7:2,2
**certified** 4:14
**certify** 7:9,12
**chaim** 1:7 3:8
**concluded** 5:3
**copy** 4:13
**correct** 7:10
**counsel** 3:14
**county** 1:2 7:5
**court** 1:2 6:10
**covered** 4:9
**cplr** 3:8
**creditor** 3:5

**d**

**date** 1:10 4:20,25
**dated** 3:18
**day** 4:15 7:18
**debtor** 3:8,10
**defendant** 1:8 3:7
   3:10,13
**defendant's** 3:14
   3:25
**delivered** 4:4,10
**delivery** 3:23
**deposition** 3:7,18
   3:21,22 4:16,18

6:7
**described** 4:6
**description** 6:6
**discretion** 3:24
**document** 3:20
**documents** 3:17
**dwelling** 3:25

**e**

**e** 2:2,2 3:15 6:2 7:2
   7:2
**either** 3:14
**entitled** 1:14
**esq** 2:6
**exhibit** 4:19,24 6:5
   6:5,7,8
**exhibits** 6:4,10

**f**

**f** 7:2
**february** 1:10
   3:23 7:18
**female** 4:5
**first** 3:18
**further** 7:12

**g**

**good** 3:2

**h**

**h** 6:2
**hair** 4:9
**hand** 7:18
**heard** 3:11,12
**held** 1:15
**hereunto** 7:17

**i**

**identification** 4:20
   4:24
**index** 1:5
**interested** 7:15
**introduce** 3:16

**j**

**j** 1:16 2:5
**january** 3:19
**jennifer** 1:17 7:7
   7:21
**judgement** 3:7
**judgment** 3:5,10

**k**

**kings** 1:2 7:5
**kleinman** 1:3 2:5
   3:6

**l**

**law** 1:15 2:4

**m**

**mail** 3:15 4:14
**mailed** 4:13
**marked** 4:19,23
**marriage** 7:14
**matter** 1:15 5:3
   7:16
**means** 3:15
**morning** 3:2
**moshe** 1:15 2:4,6
   3:3

**n**

**n** 2:2
**name** 3:3
**new** 1:2,17,18 2:6
   4:3,11 7:4,8
**notary** 1:18 7:7
**notes** 7:11
**number** 6:6

**o**

**offices** 1:15 2:4
**outcome** 7:15

**p**

**p** 2:2,2

**p.c.**  1:16 2:4
**page**  6:5
**parties**  7:13
**person**  3:24
**phone**  3:14
**place**  3:25
**plaintiff**  1:4 2:4
  3:5
**plaintiff's**  4:19,23
  6:4
**porges**  1:7 3:8
**pounds**  4:8
**process**  4:12
**public**  1:18 7:7
**pursuant**  3:8

**r**

**r**  2:2 7:2
**receipt**  4:14
**record**  3:17
**related**  7:13
**reporter**  4:21,25
  6:10
**represent**  3:4
**requested**  4:15
**retained**  6:10
**return**  4:14

**s**

**s**  2:2 6:2
**schwartz**  1:17 7:7
  7:21
**second**  3:19
**served**  3:22
**server**  4:12
**service**  3:20 4:7,23
  6:8
**set**  7:18
**signature**  7:20
**skillman**  4:2,10
**ss**  7:4

**state**  1:2,18 7:4,8
**statement**  1:14 3:1
  4:1 5:1 6:1 7:1
**stenographic**  7:11
**street**  4:2,11
**subpoena**  3:18,21
  3:22 4:4,10,13,18
  6:7
**suitable**  3:24
**supreme**  1:2
**suspended**  4:16

**t**

**t**  6:2 7:2,2
**time**  1:11
**transcription**  7:11
**two**  3:17

**w**

**way**  7:15
**whereof**  7:17
**white**  4:4
**witness**  7:17

**x**

**x**  1:3,8 6:2

**y**

**york**  1:2,17,18 2:6
  4:3,12 7:4,8

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116


(a) Signing. The deposition shall be submitted to
the witness for examination and shall be read to or
by him or her, and any changes in form or substance
which the witness desires to make shall be entered
at the end of the deposition with a statement of
the reasons given by the witness for making them.
The deposition shall then be signed by the witness
before any officer authorized to administer an
oath. If the witness fails to sign and return the
deposition within sixty days, it may be used as
fully as though signed. No changes to the
transcript may be made by the witness more than
sixty days after submission to the witness for
examination.


DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.