# EXHIBIT 27

**RENT ROLL**

**South Jersey Portfolio**
**0**
**, NJ**



| RESIDENTIAL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TENANT NAME** | **APT#** | **BEDROOMS** | **SQ/FT** | **MONTHLY RENT** | **ANNUAL RENT** | **RENT PSF** | **LEASE START** | **LEASE END** |
| **66 Warren St, Beverly NJ 08010** | | | | | | | | |
| Bridgette Natiello | 66A | | | $1,000 | $12,000 | $0.00 | | |
| Nataisha S Turner | 66B | | | $900 | $10,800 | $0.00 | | |
| Deborah L Anderson | 66C | | | $750 | $9,000 | $0.00 | | |
| Karen Huber | 66D | | | $740 | $8,880 | $0.00 | | |
| Terri Cagle | 66E | | | $775 | $9,300 | $0.00 | | |
| Shaheen L Myers | 66F | | | $750 | $9,000 | $0.00 | | |
| Clyde Jackson | 66G | | | $1,250 | $15,000 | $0.00 | | |
| Jo Ann Carney | 66H | | | $750 | $9,000 | $0.00 | | |
| **81 Lanning Ave, Penns Grove NJ 08069** | | | | $6,915 | $82,980 | $0.00 | | |
| Kimberly Holmes | 81A | | | $725 | $8,700 | $0.00 | | |
| John Hemphill | 81B | | | $875 | $10,500 | $0.00 | | |
| Nicole Sayles | 81C | | | $775 | $9,300 | $0.00 | | |
| Edward Hayward | 81D | | | $775 | $9,300 | $0.00 | | |
| **1000 Cinnaminson Ave, Palmyra NJ 08065** | | | | | | | | |
| Joseph E Vadino | 1 | | | $875 | $10,500 | $0.00 | | |
| Frank Albino | 2 | | | $800 | $9,600 | $0.00 | | |
| Ivette Albino | 3 | | | $700 | $8,400 | $0.00 | | |
| Helene Pritivindya Oetomo | 4 | | | $800 | $9,600 | $0.00 | | |
| **320 Blue Bell Rd, Williamstown NJ 08094** | | | | | | | | |
| Occupied | 320A | | | $1,205 | $14,460 | $0.00 | | |
| Occupied | 320B | | | $1,205 | $14,460 | $0.00 | | |
| Occupied | 320C | | | $1,205 | $14,460 | $0.00 | | |
| Occupied | 357A | | | $1,205 | $14,460 | $0.00 | | |

This communication and its content are for informational purposes only. The data contained herein is based solely on information received from the client and/or on publicly available sources. We believe this to be reliable, to the best of our knowledge, and recognize that it needs to be verified during the due diligence process.

**RENT ROLL**

**South Jersey Portfolio**
**0**
**, NJ**



### RESIDENTIAL

| TENANT NAME | APT# | BEDROOMS | SQ/FT | MONTHLY RENT | ANNUAL RENT | RENT PSF | LEASE START | LEASE END |
|---|---|---|---|---|---|---|---|---|
| **519-521 W Broad St, Palmyra NJ 08065** | | | | | | | | |
| Rented | 519A | | | $761 | $9,132 | $0.00 | | |
| Brittaney Hale | 519B | | | $945 | $11,340 | $0.00 | | |
| Carmen Costa | 519C | | | $750 | $9,000 | $0.00 | | |
| Shante Philips | 519D | | | $795 | $9,540 | $0.00 | | |
| Rented | 521A | | | $761 | $9,132 | $0.00 | | |
| Chelsea Flores | 521C | | | $795 | $9,540 | $0.00 | | |
| Norma Mathews | 521D | | | $520 | $6,240 | $0.00 | | |
| Rented | 521B | | | $761 | $9,132 | $0.00 | | |
| **Unit Count:** | **29** | **0** | **0** | **$31,063** | **$372,756** | **$0.00** | | |

### COMMERCIAL

| TENANT NAME | UNIT # | SQ/FT | MONTHLY RENT | ANNUAL RENT | RENT PSF | LEASE START | LEASE END |
|---|---|---|---|---|---|---|---|
| **320 Blue Bell Ave, Williamstown NJ 08094** | | | | | | | |
| VACANT | Store | | $1,205 | $14,460 | $0.00 | | |
| **Units: 1** | | **0** | **$1,205** | **$14,460** | **#DIV/0!** | | |

This communication and its content are for informational purposes only. The data contained herein is based solely on information received from the client and/or on publicly available sources. We believe this to be reliable, to the best of our knowledge, and recognize that it needs to be verified during the due diligence process.