200304.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ABRAHAM KLEINMAN,

                                    Plaintiff,      Case No. 1:22-cv-02566-ALC

      -against-

ROC CAPITAL HOLDINGS, LLC,
CHAIM PORGES, and HELENA PORGES,

                                    Defendants.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Eli Feit and Stuart A. Blander of Heller, Horowitz & Feit, P.C., hereby appear as attorneys for plaintiff Abraham Kleinman in this action.

Dated: New York, New York
         July 12, 2022

                                                      HELLER, HOROWITZ & FEIT, P.C.

                                                      By: _____
                                                          Stuart A. Blander

                                                          Eli Feit

                                                          *Attorneys for Plaintiff*
                                                          260 Madison Avenue. 17th Floor
                                                          New York, NY 10016
                                                          (917) 282-4163
                                                          sablander@hhandf.com
                                                          efeit@hhandf.com