UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ABRAHAM KLEINMAN,

                              Plaintiff,      Case No. 1:22-cv-02566-ALC

        -against-

ROC CAPITAL HOLDINGS, LLC,
CHAIM PORGES, and HELENA PORGES,
                                                          CONSENT TO CHANGE
                                                          ATTORNEY
                              Defendants.

-------------------------------------------------------------------X

        It is hereby consented that the attorney of record for plaintiff Abraham Kleinman be changed, and that Heller, Horowitz & Feit, P.C., 260 Madison Avenue, 17th Floor, New York, New York 10016, be substituted as attorneys for Abraham Kleinman in the place and instead of Moshe O. Boroosan, *without prejudice to outgoing counsel's rsnt, if any, to assert a charging lien*.

        A facsimile or electronically transmitted copy of this Consent to Change Attorney may be used in lieu of the original. This Consent to Change Attorney may be executed in one or more counterparts, all of which taken together shall be deemed one original.

Dated:      New York, New York
               July 12, 2022

                                                    By: _____
                                                              Abraham Kleinman

State of New York   )
                          ) ss:
County of Kings    )

        On the 12 day of July, in the year 2022, before me, the undersigned, personally appeared Abraham Kleinman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as the Petitioner, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

                                                       SHEM TOV MAYER
                                                     Notary Public, State of New York
                                                     No. 01MA5069188
                                                     Qualified in Kings County
                                                   Commission Expires Nov. 18, 20__

1

~~Notary Public~~

MOSHE O. BOROOSAN, ESQ.

By: *[signature: Moshe Boroosan]*
Moshe O. Boroosan
1318 Avenue J
Brooklyn, New York 11230
(404) 857-6228
*Retiring Attorney for Plaintiff*

HELLER, HOROWITZ & FEIT, P.C.

By: *[signature]*
Stuart A. Blander
260 Madison Avenue, 17th Floor
New York, New York 10016
(917) 282-4163
*Attorneys for Plaintiff*