**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept 8, 2022

200304.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ABRAHAM KLEINMAN,

                                 Plaintiff,     Case No. 1:22-cv-02566-ALC

       -against-

ROC CAPITAL HOLDINGS, LLC,
CHAIM PORGES, and HELENA PORGES,

                               Defendants.
----------------------------------------------------------------X

### NOTICE OF DISCONTINUANCE OF ACTION WITHOUT PREJUDICE

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this Action without prejudice.

Dated: New York, New York
       August 26, 2022

HELLER, HOROWITZ & FEIT, P.C.

By: _____
    Stuart A. Blander

*Attorneys for Plaintiff*
260 Madison Avenue
New York, NY 10016
(917) 282-4163
sablander@hhandf.com
efeit@hhandf.com

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: Sept 8, 2022**

1